IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE JAMES WRIGHT, #3998           ) | |
|                                                                 ) | |
|         Plaintiff,                                       ) | |
|                                                                 ) | |
| v.                                                           ) | CASE NO. 2:08-CV-965-WKW |
|                                                                 ) | |
|                                                                 ) | |
| MEDICAL STAFF IN THE M.C.D.F.,  ) | |
| DR. BATES, *et al.*,                              ) | |
|                                                                 ) | |
|         Defendants.                                  ) | |

## **ORDER**

On February 7, 2011, the Magistrate Judge filed a Recommendation (Doc. # 49) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 49) is ADOPTED; and

2. Defendants' Motion for Summary Judgment, as construed (Docs. # 10, 18), is GRANTED.

DONE this 1st day of March, 2011.

                                                 /s/ W.  Keith Watkins
                                         UNITED STATES DISTRICT JUDGE